| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____    Chapter **11** |
|  ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                           06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Huminn LLC** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | **FKA  Impact NRS LLC**  **FKA  NRS Health & Wellness GP LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0741369** |
| 4. | **Debtor's address** | **Principal place of business**  **250 Greenwich Street, Suite 23**  **New York, NY 10007**  Number, Street, City, State & ZIP Code   **New York**  County | **Mailing address, if different from principal place of business**  **228 Park Avenue, Suite 15980**  **New York, NY 10003**  P.O. Box, Number, Street, City, State & ZIP Code   **Location of principal assets, if different from principal place of business**  **685 US-1 S, Suite 101 North Brunswick, NJ 08902**  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **huminn.net** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor **Huminn LLC**  Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__6215__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Huminn LLC** _____ Case number (*if known*) _____

Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | |
|---|---|
| Debtor | **miR Scientific, LLC** |
| District | **District of New Jersey** When **3/15/24** |
| Relationship | **Partner** |
| Case number, if known | **24-12769** |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Huminn LLC** _____  Case number (*if known*)_____
        Name

| | | |
|---|---|---|
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor **Huminn LLC**  Case number (*if known*)
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **March 14, 2024**
MM / DD / YYYY

X **/s/ Sam Salman**  **Sam Salman**
Signature of authorized representative of debtor  Printed name

Title  **CEO**

**18. Signature of attorney**

X **/s/ Erin J. Kennedy**  Date **March 14, 2024**
Signature of attorney for debtor  MM / DD / YYYY

**Erin J. Kennedy**
Printed name

**Forman Holt**
Firm name

**365 Passaic Street, Suite 400**
**Rochelle Park, NJ 07662**
Number, Street, City, State & ZIP Code

Contact phone  **(201) 845-1000**  Email address

**NJ-21067 NJ**
Bar number and State

## RESOLUTION OF SPECIAL MEETING OF
## HUMINN, LLC

I, Sam Salman, hereby certify that at a special meeting of the Members of Huminn, LLC, a Delaware limited liability company held on the _14_ day of March, 2024, the following resolutions were proposed and unanimously adopted by all Members:

> Resolved that Huminn, LLC, is hereby authorized to file a petition for relief under Chapter 11 of the United States Bankruptcy Code and to retain the law firm of Formanlaw LLC d/b/a Forman Holt for the purpose of preparing, filing, and prosecuting a petition under Chapter 11 and to take all steps necessary and related thereto, and that NRS Associates LLC as Managing Member has Sam Salman as CEO and Chairman authorized to execute the petition and any other pleadings or documents that he and counsel deem necessary in connection with the Chapter 11 case of Huminn, LLC.

I further certify under penalty of perjury that the above statements made by me are true. I am aware that if any of those statements are willfully false, I am subject to punishment.

Huminn, LLC

By: _____
Sam Salman, CEO and Chairman

F0207944 - 1

Fill in this information to identify the case:

Debtor name: **Huminn LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**
Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Iron Dome Investments Ltd**<br>No. 2 the Forum,<br>Grenville Street<br>St Helier, Jersey JE2 4UF<br>Channel Islands | | | | $325,000.00 | $0.00 | $325,000.00 |
| **Planctae Limited**<br>c/o Via Aldesago<br>19 Aldesago 6974<br>Switzerland | | Loan | | | | $100,000.00 |
| **Kukak LLC**<br>Little Denmark Building<br>Road Town<br>Tortola, VG1110 VGB | | Loan | | | | $100,000.00 |
| **Sigma Six LTD**<br>Wickhams Cay II,<br>Road Town<br>Tortola, VG 1110<br>British Virgin Islands | | Loan | | | | $100,000.00 |
| **Steptoe & Johnson LLP**<br>1330 Connecticut Ave NW<br>Washington, DC 20036 | | Service Fee | | | | $62,533.00 |
| **Sullivan & Worcester LLP**<br>1633 Broadway,<br>32nd Floor<br>New York, NY 10019 | | Service Fee | | | | $51,214.00 |

Debtor **Huminn LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UHY Advisors Inc**<br>**1185 Avenue of the Americas, 38th Floor**<br>**New York, NY 10036** | | **Service Fee** | | | | $40,000.00 |
| **Silver Suites**<br>**7 World Trade Center, 46th Floor**<br>**New York, NY 10007** | | **Lease** | | | | $31,924.44 |
| **Okta, Inc.**<br>**PO Box 743620**<br>**Los Angeles, CA 90074-3620** | | **Vendor** | | | | $14,000.00 |
| **Hyman, Phelps & McNamara, P.C.**<br>**700 Thirteenth Street NW, Suite 1200**<br>**Washington, DC 20005** | | | | | | $7,082.50 |
| **CSC**<br>**PO Box 7410023**<br>**Chicago, IL 60674** | | | | | | $336.75 |

CSC
PO Box 7410023
Chicago, IL 60674


Hyman, Phelps & McNamara, P.C.
700 Thirteenth Street NW, Suite 1200
Washington, DC 20005


Iron Dome Investments Ltd
No. 2 the Forum, Grenville Street
St Helier, Jersey JE2 4UF
Channel Islands


Kukak LLC
Little Denmark Building
Road Town
Tortola, VG1110 VGB


miR Scientific, LLC
228 Park Avenue South, Suite 15980
New York, NY 10003


NRS Associates, LLC
228 Park Avenue S, Suite 15980
New York, NY 10003


Okta, Inc.
PO Box 743620
Los Angeles, CA 90074-3620


Planctae Limited
c/o Via Aldesago
19 Aldesago 6974
Switzerland


Sam Salman
228 Park Avenue S, Suite 15980
New York, NY 10003


Sigma Six LTD
Wickhams Cay II, Road Town
Tortola, VG 1110
British Virgin Islands

```
Silver Suites
7 World Trade Center, 46th Floor
New York, NY 10007


Steptoe & Johnson LLP
1330 Connecticut Ave NW
Washington, DC 20036


Sullivan & Worcester LLP
1633 Broadway, 32nd Floor
New York, NY 10019


UHY Advisors Inc
1185 Avenue of the Americas, 38th Floor
New York, NY 10036
```

# United States Bankruptcy Court
## District of New Jersey

In re  **Huminn LLC**                                                        Case No.
                          Debtor(s)                                          Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Huminn LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**NRS Associates LLC**

☐ None [*Check if applicable*]

| | |
|---|---|
| **March 14, 2024** | **/s/ Erin J. Kennedy** |
| Date | **Erin J. Kennedy** |
| | Signature of Attorney or Litigant |
| | Counsel for  **Huminn LLC** |
| | **Forman Holt** |
| | **365 Passaic Street, Suite 400** |
| | **Rochelle Park, NJ 07662** |
| | **(201) 845-1000** |